IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREW STOYANOFF,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 1:25-cv-01243-SB<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, it is hereby ORDERED that an attorney's fee in the amount of $1,111.38 shall be awarded to Plaintiff. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401, There are no other costs or expenses to be paid herein.

**IT IS SO ORDERED.**

DATED this 11th day of February , 2026.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 - ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT